R. ADAMS BRITTON, Respondent, *v.* AMARIAH H. BRADNER et al., Appellants.

(Submitted February 10, 1879; decided March 18, 1879.)

DECIDED on the facts in the case.

*Wm. F. Macrea* for appellants.

*Clifford A. H. Bartlett*, for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.

---

76b 617'
132 170

GEORGE LEARY, Appellant, *v.* ALBERT C. WOODRUFF, Respondent.

(Argued February 5, 1879; decided March 18, 1879.)

THE questions presented in this case were simply as to the reception and rejection of evidence, and were disposed of mainly upon the facts, presenting nothing of general interest.

*Edward D. McCarthy* for appellant.

*W. W. Goodrich* for respondent.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.